UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2026

ARAO ABEL PEREIRA,

                                    Plaintiff,

                    -against-

TRANSPORTES AEREOS PORTUGUESE,
S.A. et al.,

                                    Defendants.

**ORDER**

**26-CV-2737 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On May 8, 2026, pro se Plaintiff filed a document that the Court construes as a sur-reply in opposition to Defendants' motion to dismiss. The filing will not be accepted because Plaintiff did not obtain prior leave of Court, as required by Rule III.C of the Court's Individual Rules, which provides: "Sur-reply memoranda will not be accepted without prior permission of the Court."

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
        May 12, 2026

                        SO ORDERED.

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge