```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/18/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARAO ABEL PEREIRA,

                                    Plaintiff,                          **ORDER**

            -against-                                        **26-CV-2737 (JHR) (KHP)**

    TRANSPORTES AEREOS PORTUGUESE,
    S.A. et al.,

                                    Defendants.

**KATHARINE H. PARKER, United States Magistrate Judge.**

        On May 13, 2026, pro se Plaintiff filed a letter motion for leave to file a sur-reply in

opposition to Defendants' pending motion to dismiss.  In light of Plaintiff's pro se status, the

request is **GRANTED**.  Plaintiff may file a sur-reply, not to exceed three pages, limited to the

issues raised in Defendants' reply. Plaintiff may *not* raise new issues in the sur-reply.  Plaintiff's

sur-reply is due by **May 22, 2026**.

        **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
        May 18, 2026

                                    SO ORDERED.

                                    _Katharine H Parker_
                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge