UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/27/2026
```

ARAO ABEL PEREIRA,

        Plaintiff,

  -against-

TRANSPORTES AEREOS PORTUGUESE,
S.A. et al.,

        Defendants.

**POST INITIAL CASE
MANAGEMENT CONFERENCE
ORDER**

**26-CV-2737 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On Wednesday, May 27, 2026 the parties appeared before the undersigned for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Discovery.** Discovery will commence and must be completed, as appropriate, within the four-month period following a ruling on the pending motions to dismiss and to remand. Until those motions are resolved, discovery in this matter is STAYED.

**Consent.** The parties are reminded that they have the option to consent to conduct all proceedings, including a trial, before the undersigned pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete and file the Consent form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**Pro Se Clinic**. As Plaintiff is already aware, there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.  Appointments are also available remotely Monday through Friday, 10am to 4pm.

**Mailing to Plaintiff**.  Defendants are directed to send a copy of everything they have previously filed to the docket at Plaintiff's address listed on the docket.  Upon doing so, Defendants shall file a declaration of service setting forth the methodology by which the documents were sent.

**<u>The Clerk of Court is directed to mail a copy of this order to the Plaintiff.</u>**

Dated: New York, New York
      May 27, 2026

SO ORDERED.

_____

KATHARINE H. PARKER
United States Magistrate Judge

3