UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARAO ABEL PEREIRA,

                                        Plaintiff,

            -against-

TRANSPORTES AEREOS PORTUGUESE,
S.A. et al.,

                                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/8/2026____

**ORDER**

**26-CV-2737 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter at ECF No. 32 requesting "correspondence with the Defendant[s] only by physical mail, rather than by email."  Insofar as Plaintiff is seeking mailed copies of all of Defendants' public filings in this matter, Defendants are directed to mail Plaintiff copies of all future filings with the Court and to submit an affidavit or declaration of service for each filing.

On June 4, 2026, Plaintiff filed another letter styled as a "request for sanctions."  The Court construes the letter as a motion for sanctions and DENIES the motion, without prejudice, for failure to comply with Rule III.b of the Court's Individual Rules.[1]

**The Clerk of Court is respectfully directed to strike the filing at ECF No. 33 and mail a copy of this order to the Plaintiff.**

---

[1] https://nysd.uscourts.gov/hon-katharine-h-parker

Dated: New York, New York
      June 8, 2026

                                                SO ORDERED.

                                                _____

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge

2