USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARAO ABEL PEREIRA,

Plaintiff,

-against-

TRANSPORTES AEREOS PORTUGUESE, S.A. et al.,

Defendants.

**ORDER**

**26-CV-2737 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter filed on July 21, 2026 representing that he wants "this case to be 'withdrawn.'" (ECF No. 44) Insofar as the Plaintiff is now pursuing voluntary dismissal of this action, he is directed to comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by filing a stipulation of voluntary dismissal signed by all parties who have appeared in this action.

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

Dated: New York, New York
July 29, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge