**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ARAO ABEL PEREIRA,

Plaintiff,

-against-

TRANSPORTES AEREOS PORTUGUESES, S.A., et al.,

Defendants.

-----------------------------------------------------------------X

26 **CIVIL** 2737 (JHR) (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2026, the Reports and Recommendations are hereby adopted in their entirety. Specifically, the Court adopts Judge Parker's recommendation in the July 16 Report and Recommendation that "Plaintiff's motion to remand[, ECF No. 8] be DENIED," ECF No. 42 at 8, and Judge Parker's recommendation in the July 22 Report and Recommendation that Defendants' "motions to dismiss (ECF Nos. 8 and 11) be granted and that this action be dismissed with prejudice because any amendments would be futile insofar as there are no timely claims," ECF No. 43 at 8; accordingly, the case is closed.

**Dated:** New York, New York
October 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**